UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

MARK SCROGGINS,
Plaintiff

vs.                                CIVIL ACTION NO. 5:22-cv-06106

KELLY SERVICES, INC.,
Defendant.

## NOTICE OF REMOVAL

Defendant Kelly Services, Inc. ("Kelly Services"), by and through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal to remove this action to the United States District Court for the Western District of Missouri. This action was originally filed and is presently pending in the Circuit Court of Clinton County, Missouri, Case No. 22CN-CC00047 (the "State Court Action").

## CASE HISTORY

1. Plaintiff Mark Scroggins ("Plaintiff") commenced this action by filing a Complaint on August 24, 2022, in the Circuit Court of Clinton County, Missouri, styled *Mark Scroggins v. Kelly Services, Inc.*, Case Number 22CN-CC00047.

2. Plaintiff served a copy of the Complaint on CT Corporation System, Kelly Services' registered agent, on August 31, 2022.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed within thirty (30) days of the date Kelly Services received a copy of the Complaint.

4. Pursuant to 28 U.S.C. § 1446(a), a Copy of the Complaint, and all papers and process received by Kelly Services are attached to this notice as **Exhibit A**.

## FEDERAL QUESTION JURISDICTION

5. In the Complaint, Plaintiff alleges that Kelly Services violated the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA").

6. This is a civil action over which District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1331. The Complaint involves a federal question because Plaintiff alleges violations of the FCRA, a federal law of the United States.

7. Plaintiff's claims may properly be removed pursuant to 28 U.S.C. § 1441(a).

8. Kelly Services may remove this action to the United States District Court for the Western District of Missouri because this Court embraces the state court jurisdiction in which the State Court Action was filed.

9. In accordance with 28 U.S.C. § 1446(d), undersigned counsel certifies that promptly after the filing of this Notice of Removal, copies of the Notice will be served on opposing counsel and filed with the Clerk of the Circuit Court of Clinton County, Missouri to effect the removal of the State Court Action.

10. In removing this action to federal court, Kelly Services expressly reserves, and does not waive, any and all rights and defenses that it has or may have.

11. Kelly Services further reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Kelly Services, pursuant to 28 U.S.C. § 1441 and in accordance with the requirements set forth in 28 U.S.C. § 1446(b) and the Rules of the United States District Court for the Western District of Missouri, hereby respectfully requests that the pending State

action be removed from the Circuit Court of Clinton County to the United States District Court for the Western District of Missouri.

Dated: September 30, 2022

Respectfully submitted,

**DUANE MORRIS LLP**

By: _____
Owen Newman (MO ID # 56223)
190 South LaSalle Street
Suite 3700
Chicago, IL 60603-3433
Tel: (312) 499-6721
Fax: (312) 277-5207
oknewman@duanemorris.com

*Attorneys for Defendant*
*Kelly Services, Inc.*

3

# CERTIFICATE OF SERVICE

I, Owen Newman, hereby certify that the foregoing Notice of Removal was served this 30th day of September 2022, upon all counsel and parties listed below by first class mail as follows:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454

*Counsel for Plaintiff Mark Scroggins*

_____
Owen Newman